DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARRY M. ATKINS** and **MISSY ATKINS,**
Appellants,

v.

**JESSICA POST,** an individual, **FENNEMORE CRAIG, P.C.,** an Arizona Professional Corporation, **SNELL & WILMER, L.L.P.,** an Arizona Limited Liability Partnership, **DONALD W. BIVENS,** an individual, **PATRICIA LEE REFO,** an individual, **ROBERT M. KORT,** an individual, and **MYNDI M. KORT,** an individual,
Appellees.

No. 4D17-2837

[October 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 502017CA006786XXXXMB.

Barry M. Atkins and Missy Atkins, West Palm Beach, pro se.

Jack J. Aiello, David R. Atkinson and Ernest A. Cox, IV of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellees.

Amy Abdo, Phoenix, AZ, Pro Hac Vice for Fennemore Craig, P.C.

PER CURIAM.

*Affirmed.*

MAY, FORST, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***